**RIMON P.C.**
Counsel to Kenneth P. Silverman, Esq.
the Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Brian Powers
Courtney M. Roman

**Hearing Date: August 4, 2026**
**Time: 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:

PETER BYUNGHO LEE.

Debtor.

--------------------------------------------------------------x

Chapter 7

Case No. 25-12651 (DSJ)

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE**, that the hearing scheduled for June 30, 2026, at 10:00 a.m., before the Honorable David S. Jones, United States Bankruptcy Judge, for the United States Bankruptcy Court of the Southern District of New York, has been adjourned to **August 4, 2026, at 10:00 a.m**., via Zoom for the Government (the "Hearing").

**PLEASE TAKE FURTHER NOTICE**, that prior to the Hearing, any party wishing to appear at the Hearing is required to register their appearance by 4:00 p.m. one (1) business day in advance of the Hearing using the Court's eCourt Appearances platform: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned without further notice other than the announcement of such adjournment in open Court or by the filing of a notice of such adjournment on the docket sheet for the Debtor's case.

Dated: Jericho, New York
June 29, 2026

**RIMON P.C.**
Counsel to Kenneth P. Silverman
The Chapter 7 Trustee

___*s/ Brian Powers*____________
Brian Powers
Partner
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753